**Jose VALENTINE, Plaintiff–Appellant,**

**v.**

**Adrian M. THOMAS, Correctional Lieutenant; James D. Ruby, Sergeant of Correctional Officers; Carey S. Staples, Assistant Warden; Senior Warden Laughlin; Major Rice, Defendants–Appellees.**

**No. 04–20606.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 30, 2004.

Jose Valentine, Texas Department of Criminal Justice Institutional Division Pack, Navasota, TX, pro se.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Jose Valentine, Texas prisoner # 113104, appeals the district court's dis-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

missal as frivolous of his 42 U.S.C. § 1983 complaint. He asserts that Lieutenant Thomas used excessive force against him by pushing him into a filing cabinet, resulting in a bruise on his thigh, which did not require medical treatment, although he was given ibuprofen. Valentine has not established that he suffered an injury that was more than de minimis. *See Hudson v. McMillian,* 503 U.S. 1, 9–10, 112 S.Ct. 995, 117 L.Ed.2d 156 (1992); *Gomez v. Chandler,* 163 F.3d 921, 924 (5th Cir.1999). The district court did not abuse its discretion in dismissing this claim. *See Siglar v. Hightower,* 112 F.3d 191, 193 (5th Cir.1997).

Valentine does not argue on appeal that the district court abused its discretion in dismissing his claims against the defendants not physically present for the assault or in refusing to consider his state law claims of assault. These claims area therefore deemed abandoned. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). The judgment of the district court is thus AFFIRMED.

the limited circumstances set forth in 5TH CIR.   R. 47.5.4.